No. 1089, Misc. HALLOWELL *v.* NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1135, Misc. SCANLAN *v.* FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1142, Misc. STEVENSON *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 636, Misc. PRITCHARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David Rein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 748, October Term, 1968. JENKINS *v.* DELAWARE, 395 U. S. 213. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

DECEMBER 17, 1969

No. 412, Misc. WILFONG *v.* MISSOURI. Sup. Ct. Mo. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *John C. Danforth,* Attorney General of Missouri, and *Dale L. Rollings* and *Michael L. Boicourt,* Assistant Attorneys General, for respondent.

No. 1152, Misc. KNOX *v.* PATUXENT INSTITUTION DIRECTOR. Ct. Sp. App. Md. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.